**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **BILLEY L. DOOLEY, JR.,** | ) | **NO. EDCV 17-2009-RGK (KS)** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **RON DAVIS, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

      Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.


DATED:  October 13, 2017

                              _____

                                R. GARY KLAUSNER
                                UNITED STATES DISTRICT JUDGE